1
2
3
4
5
6                           IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8    Rusty Driscoll,                          )    No. CV 17-216-TUC-JAS (BGM)
                                              )
9                 Petitioner,                 )    **ORDER**
                                              )
10   vs.                                      )
                                              )
11                                            )
     David Shinn, et al.                      )
12                                            )
                  Respondents.                )
13                                            )
                                              )
14   _____      )

15       Pending before the Court is a Report and Recommendation issued by United States

16   Magistrate Judge Macdonald that recommends denying Petitioner's habeas petition filed

17   pursuant to 28 U.S.C. §2254.[1]  As Petitioner's objections do not undermine the analysis and

18   proper conclusion reached by Magistrate Judge Macdonald, Petitioner's objections are

19   rejected and the Report and Recommendation is adopted.

20       The Court has reviewed the record and concludes that Magistrate Judge Macdonald's

21   recommendations are not clearly erroneous and they are adopted. *See* 28 U.S.C. § 636(b)(1);

22   Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999);

23   *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

24
25
26
27       [1]The Court reviews de novo the objected-to portions of the Report and Recommendation.
     28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).   The Court reviews for clear error the unobjected-to
28   portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739
     (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1    Before Petitioner can appeal this Court's judgment, a certificate of appealability must

2  issue. *See* 28 U.S.C. §2253(c) and Fed. R. App. P. 22(b)(1).  The district court that rendered

3  a judgment denying the petition made pursuant to 28 U.S.C. §2254 must either issue a

4  certificate of appealability or state why a certificate should not issue. *See id.*  Additionally,

5  28 U.S.C. §2253(c)(2) provides that a certificate may issue "only if the applicant has made

6  a substantial showing of the denial of a constitutional right."  In the certificate, the court must

7  indicate which specific issues satisfy this showing. *See* 28 U.S.C. §2253(c)(3).  A substantial

8  showing is made when the resolution of an issue of appeal is debatable among reasonable

9  jurists, if courts could resolve the issues differently, or if the issue deserves further

10  proceedings.  *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).  Upon review of the

11  record in light of the standards for granting a certificate of appealability, the Court concludes

12  that a certificate shall not issue as the resolution of the petition is not debatable among

13  reasonable jurists and does not deserve further proceedings.

14    Accordingly, IT IS HEREBY ORDERED as follows:

15  (1) The Report and Recommendation (Doc. 30) is accepted and adopted.

16  (2) Petitioner's §2254 habeas petition is denied and this case is dismissed with prejudice.

17  (3) A Certificate of Appealability is denied and shall not issue.

18  (4) The Clerk of the Court shall enter judgment and close the file in this case.

19    Dated this 25th day of September, 2020.

20

21

22

23    Honorable James A. Soto

24    United States District Judge

25

26

27

28

- 2 -